# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

131044

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 131044
                                         COA: 258491
                                         Saginaw CC: 03-023660-FC

LUCIANO ALEX HERNANDEZ,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

l0918